AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| J.M. Smith Corporation, d/b/a Smith Drug Company d/b/a Integral Rx<br>*Plaintiff*<br>v.<br>Whitley Pharmacy, Inc.; Robert Scott Bishop,<br>*Defendant* | )<br>)<br>)  Civil Action No.    7:20-cv-03922-HMH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, J.M. Smith Corporation, recover from the defendants, Whitley Pharmacy, Inc. and Robert Scott Bishop, jointly and severally, the amount of Seventy-Four Thousand, Three Hundred and Forty dollars and 81/100 ($74,340.81), plus per diem interest in the amount of $23.79 and postjudgment interest at the rate of .10%, in addition to $4,100.00 in attorney's fees, and $1,084.00 in costs.

This action was *(check one)*:

■ decided by the Honorable Henry M. Herlong, Jr.

Date:    January 15, 2021                                    ROBIN L. BLUME, CLERK OF COURT

                                                                                          s/Ashley Buckingham
                                                                                *Signature of Clerk or Deputy Clerk*